David B. TAFOYA, Petitioner,

v.

The PEOPLE of the State of Colorado, Respondent.

No. 99SC226.

Supreme Court of Colorado, En Banc.

June 19, 2000.

BY THE COURT

IT IS THIS DAY ORDERED that the Writ of Certiorari heretofore granted be, and is, DENIED as having been improvidently granted.